33105. JENKINS v. THE STATE.

PER CURIAM.

The jury found the defendant guilty of murder. On appeal he urges solely that he should be granted a new trial on the general grounds.

There was evidence from which the jury was authorized to find that the defendant shot his girl friend three times with a .38 caliber revolver. Although the defendant was the only eyewitness who testified at trial, the jury was not required to believe his self-defense testimony. The fact that he sought help for the victim does not disprove malice at the time of the shooting. The

evidence supports the verdict.
*Judgment affirmed. All the Justices concur.*

SUBMITTED DECEMBER 23, 1977 — DECIDED APRIL 18, 1978.

*Joseph C. Kitchings,* for appellant.
*J. Lane Johnston, District Attorney, Arthur K. Bolton, Attorney General, Daryl A. Robinson, Staff Assistant Attorney General,* for appellee.